AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |
|---|---|
| DEBRA T. STACK <br><br> *Plaintiff(s)* <br><br> v. <br><br> FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, ADVANCED INSURANCE SOLUTIONS, LLC, CLEM HUERSTEL, and ABC INSURANCE COMPANY <br> *Defendant(s)* | Civil Action No.   13-340 N(5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY
through their registered agent for service of process:
HONORABLE J. THOMAS "TOM" SCHEDLER
LOUISIANA SECRETARY OF STATE
8585 Archives Avenue
Baton Rouge, Louisiana 70809-2414

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. DOUGLAS SUNSERI, ESQ.
EDWARD C. VOCKE, IV, ESQ.
3000 18th Street
Metairie, Louisiana 70002-4903
Telephone: (504) 837-1304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date: ___Feb 25 2013___

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:13-cv-00340-KDE-ALC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Fidelity National Property and Casualty Insurance Company

was received by me on *(date)*           03/08/2013            .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  See attached Certified Return Receipt ( green card)


My fees are $ _____ for travel and $ _____ for services, for a total of $       0.00        .

I declare under penalty of perjury that this information is true.


Date:        03/14/2013                                   /s/ J. Douglas Sunseri
                                                        *Server's signature*

                                                        J. Douglas Sunseri
                                                        *Printed name and title*

                                                        3000 18th Street
                                                        Metairie, LA  70002

                                                        *Server's address*


Additional information regarding attempted service, etc:



**NICAUD & SUNSERI, L.L.C.**
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

*Albert J. Nicaud\**
*J. Douglas Sunseri\**
*Svetlana "Lana" Crouch*
*Jeffrey M. Siemssen*
*(\*A Professional Law Corporation)*

*Of Counsel*
*Edward C. Vocke, IV*

*Telephone (504) 837-1304*
*Facsimile (504) 833-2843*

March 6, 2013

Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809
**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

RE:     *Debra T. Stack v. Fidelity National Property*
        *and Casualty Insurance Company, Advanced*
        *Insurance Solutions, LLC, Clem Huerstel and*
        *ABC Insurance Company*
        #13-340 N (5) USDC - Eastern District
        Our file #:    1091-13-3703

Dear Sir or Madam:

Enclosed herewith please find Complaint and First Supplemental and Amending Complaint together with Summons for service on Louisiana Secretary of State as Agent for Service of Process for Fidelity National Property and Casualty Insurance Company. Also, enclosed herewith please find our firm's check in the amount of $25.00 for cost.

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:    (FNP)

    Lu Sec of State
    8585 Archives St
    BR LA 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X W Hebert    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Wendi Hebert    3-8-2013

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7008 3230 0000 9843 2548
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

*U.S. Postal Service*
*CERTIFIED*
*(Domestic Mail*
*For delivery info*

7008 3230 0000 9843 2548